UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14003-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LUIS FERNANDO VILLA-SISNIEGA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on April 21, 2014. A Report and Recommendation was filed on April 22, 2014, (D.E.#23), recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. #23), of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges that the Defendant, an alien, having previously been deported and removed from the United States on or about October 4, 1994, and on or about February 16, 2005, was found in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of May, 2014.

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office